# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ALBERT N. LEE,

    Plaintiff,

vs.

STEVEN B. WOLFSON, et al.,

    Defendants.

Case No. 3:13-cv-00335-RCJ-WGC

**ORDER**

    Petitioner has appealed this court's dismissal of the action. The court of appeals has referred the matter for a determination whether the appeal is frivolous or taken in bad faith, pursuant to 28 U.S.C. § 1915(a)(3). In addition to the court's reason for dismissing this action, there is another consideration why an appeal would not be taken in good faith. Plaintiff's claims, if successful, would necessarily imply that his judgment of conviction is invalid. Plaintiff cannot pursue such claims in a civil rights action without first having the judgment of conviction invalidated through other means. See Heck v. Humphrey, 512 U.S. 477, 486-87 (1994).

    IT IS THEREFORE ORDERED that the appeal from the dismissal of this action is not taken in good faith.

    Dated: This 15th day of October, 2013.

                                                                                ROBERT C. JONES
                                                                                Chief United States District Judge